IN THE SUPREME COURT OF TEXAS

 No. 10-0104

 IN RE TOYOTA MOTOR CORPORATION AND TOYOTA MOTOR SALES, U.S.A., INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion to stay, filed February 17, 2010, is
granted. All trial court proceedings in Cause No. C200500662, styled
Pennie Faye Green v. Toyota Motor Corporation, a foreign corporation;
Toyota Motor Sales, U.S.A., Inc., a California Corporation; Calty Design
Research, Inc., a California Corporation; Toyota Technical Center, USA,
Inc., a Michigan Corporation; and, Jacob Alan Lacey, in the 18th District
Court of Johnson County, Texas, are stayed pending further order of this
Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., March 5, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 18, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk